BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGA RODRIGUEZ, as Successor-in-Interest to and as Wrongful Death Heir of PEDRO RODRIGUEZ, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>MARINE ENGINEERING AND SUPPLY COMPANY, et al.,<br><br>Defendants. | No. 3:17-cv-02733-WHO<br><br>**ORDER GRANTING PARTIES' STIPULATION TO DISMISS DEFENDANT GIBBS & COX, INC. AND REMAND CASE TO CALIFORNIA SUPERIOR COURT** |

PURSUANT TO STIPULATION, IT IS SO ORDERED. Defendant GIBBS & COX, INC. is dismissed without prejudice, each party to bear its own costs, and this case is REMANDED to the Superior Court of California, County of San Francisco, Case. No. CGC-17-276558. The Clerk shall send a certified copy of this Order to the Clerk of the Court for the Superior Court of California, County of San Francisco.

Dated: September 19, 2017          By: /s/ William H. Orrick
                                       William H. Orrick
                                       United States District Judge

---

1
ORDER GRANTING PARTIES' STIPULATION TO DISMISS DEFENDANT GIBBS & COX, INC. AND REMAND CASE TO CALIFORNIA SUPERIOR COURT